UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JERRY REYNOLDS,

                Plaintiff,

                                                                     DECISION AND ORDER

                                                                      99-CV-6228L

       v.

DAVE BARRETT, Industrial Superintendent
of Elmira Correctional Facility, et al.,

                Defendants.
_____

KAY GOULD,

                Plaintiff,

       v.                                                                  99-CV-6503L

TERRY CHAMBERLIN, Industry Training
Supervisor, et al.,

                Defendants.
_____

ANTHONY MACK,

                Plaintiff,

       v.                                                                  00-CV-6436L

DAVID BARRETT, Industrial Superintendent
of Elmira Correctional Facility, et al.,

                Defendants.
_____

- 2 -

_____

JOSEPH SERGIO PONDER,

                      Plaintiff,

         v.                                                                    00-CV-6440L

TERRY CHAMBERLIN, et al.,

                      Defendants.

_____

      Counsel for plaintiffs in these four actions has filed a motion to amend the complaint and to consolidate the actions. Defendants have responded. Plaintiffs have yet to reply and no argument date has been scheduled.

      I discussed procedure with counsel on May 16, 2006, and have discussed these issues with United States Magistrate Judge Jonathan W. Feldman.

      Unless the parties consent to jurisdiction with the Magistrate Judge, I am charged with deciding any dispositive motions and trying the cases. I believe it is preferable that I decide plaintiffs' pending motions. Therefore, any order of reference to the contrary is hereby vacated.

      Plaintiffs may file a reply to defendants' response on or before June 20, 2006. The matter is scheduled for oral argument on July 18, 2006 at 2:00 p.m.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 1, 2006.